and the Interests of Its Policyholders, Creditors, Stockholders and the Public.
— Motion for leave to appeal to the Court of Appeals denied, with ten dollars
costs.   Present — Martin, P. J., McAvoy, Townley, Untermyer and Cohn, JJ.

### (October 28, 1936.)

In the Matter of the Application of RICHARD M. MACHOL, Petitioner-Respond-
ent, for an Order Directing BERTHA T. McKEE, MARGARET H. SAMUELSOHN,
FLORENCE VAN VEEN, and RUTH MARY MITCHELL, Said Persons Constituting
the Board of Inspectors of Election and Registration of the Second Election Dis-
trict of the Thirteenth Assembly District, County of New York, to Place the
Name of the Applicant upon the Register of Electors of Said Election District and
to Convene as a Board of Registration on the Second Saturday Before the Election
to Be Held on November 3d, 1936, and to Correct Said Register Accordingly.
BOARD OF ELECTIONS OF THE CITY OF NEW YORK, Appellant.— Order unani-
mously reversed and the motion denied.   No opinion.   Present — Martin, P. J.,
O'Malley, Townley, Untermyer and Dore, JJ.

In the Matter of the Application of ERWIN W. E. WATERMEYER, Petitioner-
Respondent, for an Order Directing RUTH M. MITCHELL, FLORENCE VAN VEEN,
MARJORIE SAMUELSON and BERTHA McKEE, Said Persons Constituting the Board
of Inspectors of Election and Registration of the Second Election District of the
Thirteenth Assembly District in the County of New York, to Place the Name of
the Applicant upon the Register of Electors of Such Election District, to Convene
as a Board of Registration on the Second Saturday Before the Election to Be Held
on November 3d, 1936, and to Correct Said Register Accordingly.   BOARD OF
ELECTIONS OF THE CITY OF NEW YORK, Appellant.— Order unanimously reversed
and the motion denied.   No opinion.   Present — Martin, P. J., O'Malley,
Townley, Untermyer and Dore, JJ.

In the Matter of the Application of ALICE ALLENE SEFTON, Petitioner-Respond-
ent, for an Order Directing BERTHA SAMUELSON, FLORENCE VAN VEEN, RUTH M.
MITCHELL and Mrs. McKEE, Constituting the Board of Inspectors of Election
and Registration of the Second Election District, Thirteenth Assembly District
of the County of New York, to Place the Name of the Applicant upon the Register
of Electors of Such Election District, to Convene as a Board of Elections and
Registration on the Second Saturday Before the Election to Be Held on November
3d, 1936, and to Correct Said Register Accordingly.   BOARD OF ELECTIONS OF
THE CITY OF NEW YORK, Appellant.— Order unanimously reversed and the
motion denied.   No opinion.   Present — Martin, P. J., O'Malley, Townley
Untermyer and Dore, JJ

### (October 30, 1936.)

ALFRED J. KUNTZE, Respondent, v. GUARANTY TRUST COMPANY OF NEW YORK,
Appellant.

Order affirmed, with twenty dollars costs and disbursements, with leave to the
defendant to answer within twenty days after service of order upon payment of